**Order entered October 5, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00865-CV

## IN THE ESTATE OF ROBERTA A. PAYNE, DECEASED

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 12P-033-2**

## ORDER

After reviewing the clerk's record and appellant's jurisdictional brief, it appears the Court has jurisdiction over the appeal. We **LIFT** the stay of the trial court's June 8, 2016 order and **DENY** as moot appellees' motion to modify stay order. In light of appellant filing in the trial court a "Notice of Zero Supersedeas Bond" and affidavit of net worth, we **DENY** as moot appellant's "Petition for Writ of Mandamus or Alternatively Emergency Rule 24.2 Motion for Review of Supersedeas Order." We **GRANT** court reporter Sherry Hooper's request for extension of time and **ORDER** the reporter's record be filed no later than November 4, 2016.

/s/    CRAIG STODDART
        JUSTICE